OPINION — AG — QUESTION: IS IT REQUIRED THAT A SHERIFF OR HIS DEPUTY OFFICERS VERIFY THE MOTOR AND SERIAL NUMBERS OF A MOTOR VEHICLE, OR COULD THE TAG AGENT OR HIS REPRESENTATIVE VERIFY THESE NUMBERS? DOES THIS SERVICE PROVIDE FOR FEE TO BE PAID TO THE TAG AGENT? ANSWER: WE FIND NO AUTHORITY IN TITLE 47 OR OTHERWISE, HOWEVER, FOR THE CHARGING OF A FEE TO BE PAID TO THE TAP GANT OR ANYONE ELSE FOR THIS SERVICE. CITE: 47 O.S. 1961 22.3 [47-22.3], 47 O.S. 1961 22.1 [47-22.1] (JACK SWIDENSKY)